IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE GARCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | ) Case No.: 1:10-cv-01997 JLT<br>)<br>) ORDER GRANTING EXTENSION OF TIME<br>)<br>) (Doc. 13)<br>)<br>)<br>)<br>)<br>) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Stephanie Garcia to file her Opening Brief. (Doc. 13). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 5 at 4). Here, Plaintiff requests an extension of seven days.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time until **June 10, 2011**, to file her Opening Brief.

IT IS SO ORDERED.

Dated:   **June 8, 2011**             /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE

1