IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Case No.: 1:10-cv-01997 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 16) |

Parties have stipulated by counsel to extend the period of time for Defendant to file responsive brief. (Doc. 16). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 8-1 at 4). On June 7, 2011, the parties stipulated Plaintiff should have an extension of time to file her opening brief (Doc. 13), which was granted by the Court on June 8, 2011. (Doc. 14). Here, Defendant's counsel asserts a second extension is necessary due to recent illness and her caseload. (Doc. 16 at 1).

Good cause appearing, it is HEREBY ORDERED that Defendant is granted an extension of time until **August 11, 2011**, to file a responsive brief.

IT IS SO ORDERED.

Dated: July 13, 2011                                                  /s/   Jennifer L. Thurston
                                                                                    Magistrate Judge

1