UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE GARCIA,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.: 1:10-cv-01997- JLT<br><br>ORDER REMANDING THE ACTION FOR FURTHER PROCEEDINGS AND DIRECTING THE CLERK TO CLOSE THE ACTION |

On September 23, 2014, the Ninth Circuit issued an opinion directing this Court "to reverse the final decision of the Commissioner and order the Commissioner to develop the record through further IQ testing." (*See* Doc. 27 at 10.) The mandate of the Court has now taken effect. (Doc. 28). Accordingly, **IT IS HEREBY ORDERED**:

    1.    The matter is remanded for further administrative proceedings consistent with the opinion of the Ninth Circuit, including further IQ testing of Plaintiff; and

    2.    The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **December 23, 2014**          **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE